BEFORE THE THIRD DIVISION, MAY 21, 1968

**No. P68/243.**—United China & Glass Co. *v.* United States, protests 60/22298–15901, etc. (New Orleans).

**No. P68/244.**—United China & Glass Co. *v.* United States, protests 64/3306–16287, etc. (New Orleans).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plaintiff was sustained.